```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 28874
   EDWARD J RYAN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7745


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/21/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   76.11%.

     The case was paid in full 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
MORTGAGE ELETRONIC REGIS  CURRENT MORTG         .00           .00            .00
MORTGAGE ELETRONIC REGIS  MORTGAGE ARRE    14049.88           .00       14049.88
INTERNAL REVENUE SERVICE  PRIORITY         11737.45           .00       11737.45
CENTIER BANK              UNSECURED         4065.21           .00        3093.95
FORD MOTOR CREDIT         UNSECURED         2134.68           .00        1624.66
FORD MOTOR CREDIT         UNSECURED        NOT FILED          .00            .00
LAKE RIDGE DOUGLAS PARK   UNSECURED        NOT FILED          .00            .00
MUTUAL HOSPITAL SVC INC   FILED LATE        1469.15           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED        NOT FILED          .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED        NOT FILED          .00            .00
RICHARD KOMYATTE & ASSOC  FILED LATE         461.00           .00            .00
RICHARD KOMYATTE & ASSOC  FILED LATE        2037.05           .00            .00
RICHARD KOMYATTE & ASSOC  FILED LATE         166.00           .00            .00
MEDICAL PAYMENT DATA      UNSECURED        NOT FILED          .00            .00
RICHARD KOMYATTE & ASSOC  FILED LATE          87.50           .00            .00
MEDICAL PAYMENT DATA      UNSECURED        NOT FILED          .00            .00
RICHARD KOMYATTE & ASSOC  FILED LATE        1246.80           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         1542.67           .00        1174.10
ECAST SETTLEMENT CORP     UNSECURED             .00           .00            .00
NEAL FELD                 DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                        2,082.57
DEBTOR REFUND             REFUND                                            21.26

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               33,783.87

PRIORITY                                  11,737.45
SECURED                                   14,049.88
UNSECURED                                  5,892.71

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 28874 EDWARD J RYAN
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                             2,082.57
DEBTOR REFUND                                                       21.26
                                         ---------------    ---------------
TOTALS                                         33,783.87          33,783.87
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 28874 EDWARD J RYAN